# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
www.debevoise.com

**Matthew E. Fishbein**
Partner
Tel  212 909 6077
Fax  212 521 7077
mfishbein@debevoise.com

January 18, 2013

Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**United States v. Michael Provenzano**
**Criminal Docket No. 12-CR-612 (NG)**

Dear Judge Gershon:

     I represent Michael Provenzano whose sentencing was adjourned on December 18, 2012 to permit submissions to the Court concerning the City of New York's claim for restitution. Based on recent conversations I have had with Assistant U.S. Attorney Christina Posa and Assistant Corporation Counsel Sabita Krishnan, I have reason to believe that we will reach agreement on the restitution issue. For that reason, with the consent of Ms. Posa and Ms. Krishnan, I respectfully submit this letter to request a two week extension of the deadline by which the defendant must submit his response to the letters filed by the Government and the City from January 18 to February 1, 2013. An adjournment of two weeks is requested because I will be out of the country next week, making it difficult to continue our discussions until I return.

Respectfully submitted,

Matthew E. Fishbein

cc:    Christina M. Posa, Assistant U.S. Attorney
        Sabita Krishnan, Assistant Corporation Counsel
        James Foster, U.S. Probation Officer